UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC CHEESE CO., INC, a California corporation, and LAKE VALLEY PROPERTIES LLC, a Nevada limited lability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company, PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation, KRACK CORPORATION, An Illinois corporation, HUSSMANN CORPORATION, a Missouri corporation, And WEATHER-RITE, LLC d/b/a PHOENIX AIR SYSTEMS, a Delaware limited liability company,<br><br>Defendants. | Case No.   3:15-cv-00351-LRH-VPC<br><br>**JOINT CASE MANAGEMENT REPORT**<br><br>**CASE MANAGEMENT CONFERENCE:**<br>March 21, 2016 at 9:00 a.m. |

Plaintiffs, Pacific Cheese Co. Inc. and Lake Valley Properties, LLC (hereinafter collectively referred to as "Plaintiffs"); Defendants Advanced Coil Technology, LLC (hereinafter referred to as "Advanced Coil"); Phoenix Holdings of Owatonna, Inc. (hereinafter referred to as "Phoenix"); and Hussmann Corporation (hereinafter referred to as "Hussmann") (hereinafter collectively referred to as "the Parties"), by and through their respective counsel of record, submit the following Joint Case Management Report, as required by the Court's October 26, 2015, Minutes of Proceedings (Dkt. No. 42):

1.   **A List of Any Matters Which Require the Attention of This Court:**

Although the Parties have been working diligently to complete discovery in this matter, due to unanticipated difficulties in locating and gathering relevant documents, the Parties believe that a four month extension to the deadlines in the current Scheduling Order is necessary in order to complete discovery in this case. The Parties will file a Stipulation to Amend the Scheduling Order and Proposed Amended Scheduling Order for the Court's consideration in advanced of the Case Management Conference currently set for March 21, 2016 at 9:00 a.m.

2.   **Action Requested of This Court:**

The Parties hereby jointly request that the Court allow the Parties to file a Stipulation to Amend the Scheduling Order. The Parties Stipulation to Amend the Scheduling Order and Proposed Amended Scheduling Order will be filed with the Court prior to the Case Management Conference set for March 21, 2016 at 9:00 a.m.

DATED this 15th day of March 2016.

          s/Kevin P. Smith
          Kevin P. Smith (admitted *pro hac vice*)
          Timothy Cary (admitted *pro hac vice*)
          Jonathan B. Acklen (admitted *pro hac vice*)
          Daniel Hogan (admitted *pro hac vice*)
          LAW OFFICES OF ROBERT A. STUTMAN, P.C.
          500 Office Center Dr., Ste. 301
          Fort Washington, PA 19034
          Telephone:  (215) 283-1177
          Facsimile:   (215) 283-1188

and

Robert P. Mougun, (NV Bar No. 7104)
Merielle R. Enriquez (NV Bar No. 11116)
Jon J. Carlston (NV Bar No. 10869)
KRING & CHUNG, LLP
1050 Indigo Drive, Suite 200

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 14, 2016

Las Vegas, NV 89145-8870
Telephone: (702) 260-9500
Facsimile: (702) 260-9434

**ATTORNEYS FOR PLAINTIFFS**

s/James Barrington
James Barrington (NV Bar No. 9252)
LINCOLN, GUSTAFSON & CERCOS, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Telephone: (702) 257-1997
Facsimile: (702) 257-2203

**ATTORNEY FOR DEFENDANT HUSSMANN CORPORATION**

s/Kadee J. Anderson
Jeannine L. Lee (admitted *pro hac vice*)
Kadee J. Anderson (admitted *pro hac vice*)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

and

David M. Zaniel (NV Bar No. 7962)
RANALLI & ZANIEL, LLC
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Facsimile: (775) 786-4442

**ATTORNEYS FOR DEFENDANTS ADVANCED COIL TECHNOLOGY, LLC PHOENIX HOLDINGS OF OWATONNA, INC.**