Kevin P. Smith, Esquire
smithk@stutmanlaw.com
Timothy Cary, Esquire
caryt@stutmanlaw.com
Jonathan B. Acklen, Esquire
acklenj@stutmanlaw.com
Daniel Hogan, Esquire
hogand@stutmanlaw.com
Law Offices of Robert A. Stutman, P.C.
500 Office Center Dr., Suite 301
Fort Washington, PA 19034
Telephone: (215) 283-1177
Facsimile: (215) 283-1188
*Admitted Pro Hac Vice*

Robert P. Mougin, Bar No. 7104
rmougin@kringandchung.com
Merielle R. Enriquez, Bar No. 11116
menriquez@kringandchung.com
Jon J. Carlston, Bar No. 10869
jcarlston@kringandchung.com
KRING & CHUNG, LLP
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145-8870
Telephone: (702) 260-9500
Facsimile: (702) 260-9434
*Local Counsel*

Attorneys for Plaintiffs
Pacific Cheese Co. Inc. and Lake Valley Properties LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIFIC CHEESE CO. INC., a California corporation, and LAKE VALLEY PROPERTIES LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br> vs. <br><br> ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company, PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation, HUSSMANN CORPORATION, a Missouri corporation, individually and as successor in interest to Krack | ) Case No. 3:15-cv-00351-LRH-VPC <br> ) <br> ) <br> ) **JOINT STIPULATION VACATING** <br> ) **THE APRIL 21, 2016, CASE** <br> ) **MANAGEMENT CONFERENCE,** <br> ) <br> ) **AND ORDER THEREON.** <br> ) <br> ) <br> ) <br> ) |

1

| | |
|---|---|
| Corporation. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to LR 6-2 and 7-1 and this Court's Minutes of Proceedings [42], **IT IS HEREBY AGREED AND STIPULATED**, by and between Plaintiffs and Defendants that the previously scheduled Case Management Conference date of April 21, 2016 at 9:00 a.m. be vacated. There are no discovery disputes and the parties agree that a conference is not necessary at this time.

| | |
|---|---|
| Dated: April 14, 2016 | Dated: April 14, 2016 |
| *Kevin P. Smith* /s/ | *David Zaniel* /s/ |
| By:_____ | By:_____ |
| Kevin P. Smith, Esquire (Pro Hac Vice) | David Zaniel, Esquire |
| Law Offices of Robert A. Stutman, P.C. | Ranalli & Zaniel, LLC |
| 500 Office Center Dr., Ste. 301 | 50 West Liberty Street, Suite 1050 |
| Fort Washington, PA  19034 | Reno, Nevada 89501 |
| Telephone:  (215) 283-1177 | Telephone:  (775) 786-4441 |
| Facsimile (215) 283-1188 | Facsimile:  (775) 786-4442 |
| *Pro hac vice Attorneys for Plaintiffs* | *Counsel for Advanced Coil Technology, LLC and Phoenix Holdings of Owatonna, Inc.* |
| | |
| Robert P. Mougin, Bar No. 7104 | Jeannine L. Lee, Esquire |
| Merielle R. Enriquez, Bar No. 11116 | Kadee J. Anderson, Esquire |
| Jon J. Carlston, Bar No. 10869 | Stinson Leonard Street LLP |
| KRING & CHUNG, LLP | 150 South Fifth Street, Suite 2300 |
| 1050 Indigo Drive, Suite 200 | Minneapolis, MN 55402 |
| Las Vegas, NV  89145-8870 | Telephone:  (612) 327-9659 |
| Telephone: (702) 260-9500 | Facsimile:  (612) 335-1657 |
| Facsimile: (702) 260-9434 | |
| *Local Counsel* | |

Dated:   April 14, 2016

*James M. Barrington  /s/*
By:_____
Thomas J. Lincoln, Esquire
James M. Barrington, Esquire
Lincoln, Gustafson & Cercos, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169-5968
Telephone:  (702) 257-1997
Facsimile:  (702) 257-2203
*Counsel for Krack Corporation and Hussmann Corporation*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE