**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of PACIFIC CHEESE CO. INC., and LAKE VALLEY PROPERTIES, LLC, | 3:15-cv-00351-HDM-VPC |
| Plaintiff, | ORDER |
| vs. | |
| ADVANCED COIL TECHNOLOGY, LLC, PHOENIX HOLDINGS OF OWATONNA, INC., HUSSMANN CORPORATION, individually and as successor in interest to Krack Corporation, BRIGGS ELECTRONIC, INC., RAY HEATING PRODUCTS, INC., dba RHP MECHANICAL SYSTEMS, | |
| Defendants. | |

Defendant Hussmann Corporation's ("Hussmann") unopposed motion for an extension of time within which to respond to defendant Briggs Electric, Inc.'s ("Briggs") motion for summary judgment (ECF

1

No. 220) is GRANTED. Hussmann shall file any response to Briggs' motion for summary judgment (ECF No. 195) no later than October 30, 2017. Briggs shall file any reply to Hussmann's response no later than November 24, 2017.

IT IS SO ORDERED.

DATED: This 13th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE