UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PACIFIC CHEESE CO., INC., *et. al.*,<br><br>Plaintiffs,<br>v.<br><br>ADVANCED COIL TECHNOLOGY, LLC, *et al.*,<br><br>Defendants. | Case No. 3:15-cv-00351-MMD-VPC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE VALERIE P. COOKE |

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (ECF No. 289) ("R&R") relating to two motions: (1) Defendants Advanced Coil Technology, LLC and Phoenix Holdings of Owatonna, Inc.'s (collectively, "ACT") motion for good faith determination of settlement ("ACT's Motion") (ECF Nos. 202, 223),[1] and (2) Defendant Briggs Electric, Inc.'s motion for good faith determination of settlement ("Briggs' Motion") (ECF No. 242). The parties had until May 28, 2018 to object to the R&R. (ECF No. 289.) To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and

---

[1]ACT filed a sealed version (ECF No. 202) and a redacted version (ECF No. 223) of the same motion. ACT's Motion is essentially unopposed. (ECF No. 289 at 1.)

recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See id.* (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

The Magistrate Judge recommends granting ACT's Motion and Briggs' Motion after conducting a hearing on the motions. (ECF No. 289.) As noted, no objection has been filed. Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cooke's R&R. Having reviewed the R&R and relevant briefs relating to ACT's Motion and Briggs' Motion, this Court finds good cause to accept and adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 289) is accepted and adopted in its entirety.

It is ordered that Defendants Advanced Coil Technology, LLC and Phoenix Holdings of Owatonna, Inc.'s motions for good faith determination of settlement (ECF Nos. 202, 223) are granted. All claims against ACT, including cross-claims for contribution and indemnity, are dismissed with prejudice.

///

2

It is further ordered that Defendant Briggs Electric, Inc.'s motion for good faith determination of settlement (ECF No. 242) is granted. All claims against Briggs, including any cross-claims for contribution and indemnity, are dismissed with prejudice. Briggs' motion for summary judgment (ECF No. 195) is denied as moot.

DATED THIS 1st day of June 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE