|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | UNITED STATES DISTRICT COURT | |
| 7 | DISTRICT OF NEVADA | |
| 8 | * * * | |
| 9 | PACIFIC CHEESE CO., INC, *et al.*, | Case No. 3:15-cv-00351-MMD-VPC |
| 10 | Plaintiff, | ORDER |
| 11 | v. | |
| 12 | ADVANCED COIL TECHNOLOGY, LLC, *et al.*, | |
| 13 | | |
| 14 | Defendants. | |

Before the Court is Plaintiff's Motion for Partial Reconsideration of the Court's Order of June 1, 2018. (ECF No. 296.) The June 1, 2018 Order ("the Order") (ECF No. 295) adopted Judge Cooke's Report and Recommendation ("R&R") (ECF No. 289) to grant two motions: (1) Defendants' Advanced Coil Technology, LLC and Phoenix Holdings of Owatonna, Inc.'s (collectively, "ACT") motion for good faith determination of settlement ("ACT's Motion") (ECF Nos. 202, 223); and (2) Defendant Briggs Electric, Inc.'s motion for good faith determination of settlement (ECF No. 242). Plaintiff asks the Court to correct an error and clarify an issue in the Order. (ECF No. 296.) First, the error is the Court noting that the parties did not file objections to the R&R when Plaintiff filed a partial objection found at ECF No. 293 ("Partial Objection"). Plaintiff is correct—the Court missed the Partial Objection. Second, the clarification relates to the facts that ACT offered in its Motion. Plaintiff's Partial Objection asked the Court to adopt the R&R, but note that many of the facts that ACT recited in its Motion (ECF No. 202) are contested

and not be adopted as findings of fact by the Court. (ECF No. 293.) The Court grants Plaintiff's request for clarification.

It is therefore ordered that Plaintiff's motion for partial reconsideration (ECF No. 296) is granted. The Court clarifies that the June 1, 2018 Order (ECF No. 295) does not adopt the facts recited in ACT's Motion (ECF No. 202) as findings of facts by the Court.

DATED THIS 30th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE