**THOMAS J. LINCOLN, ESQ**.
Nevada Bar No. 5699
**JAMES M. BARRINGTON, ESQ.**
Nevada Bar No. 9252
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
jbarrington@lgclawoffice.com

Attorneys for Defendant,
HUSSMANN CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation as Subrogee of PACIFIC CHEESE CO., INC. and LAKE VALLEY PROPERTIES, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>ADVANCED COIL TECHNOLOGY, LLC a Minnesota limited liability company; PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation; HUSSMANN CORPORATION, a Missouri corporation, individually and as successor in interest to Krack Corporation; BRIGGS ELECTRIC, INC., a California Corporation; RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS, a Nevada Corporation,<br><br>      Defendants.<br><hr>HUSSMANN CORPORATION, a Missouri corporation,<br><br>      Cross-Claimant,<br><br>v.<br><br>ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company; PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota | CASE NO: 3:15-cv-00351-HDM-VPC<br><br><br>**JOINT MOTION TO EXTEND TIME FOR FILING JOINT PRE-TRIAL ORDER** |

corporation; BRIGGS ELECTRIC, INC., a California Corporation; RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS, a Nevada Corporation, and ZOES 1-20, inclusive,

      Cross-Defendants.

_____

BRIGGS ELECTRIC, INC.,

      Cross-Claimant,

v.

ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company; PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation; HUSSMAN CORPORATION, a Missouri corporation, individually and as successor in interest to Krack Corporation; and RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS, a Nevada Corporation,

      Cross-Defendants.

_____

RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS,

      Cross-Claimant,

v.

ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company; PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation; HUSSMAN CORPORATION, a Missouri corporation, individually and as successor in interest to Krack Corporation; BRIGGS ELECTRIC, INC., a California Corporation,

      Cross-Defendants.

COMES NOW, Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and LAKE VALLEY PROPERTIES, LLC, Defendant, RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS and Defendant, HUSSMAN CORPORATION, by and through their undersigned counsel, and hereby submits this Joint Motion to Extend Time for Filing Joint Pre-Trial Order. This Motion is based upon the following:

1.  Present Due Date for the Proposed Joint Pre-Trial Order is September 28, 2018.

2.  Due to the sheer volume of documents and depositions in the case, the exhibits list will be substantial, requiring additional time to complete the Pre-Trial Order.

3.  No trial date has been set.

4.  As a result, Plaintiff, Defendant, Ray Hearing Products, Inc. and Defendant, Hussmann Corporation respectfully request to have the Joint Pre-Trial Order due on October 31, 2018.

Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and LAKE VALLEY PROPERTIES, LLC, Defendant, RAY HEARING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS and Defendant, HUSSMAN CORPORATION, respectfully request that the Court enter an Order granting its Joint Motion to Extend Time for Filing Joint Pre-Trial Order, and allow Parties to have until October 31, 2018 to file its Joint Pre-Trial Order.

DATED this 24th day of September, 2018.

**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**

_/s/ Kevin P. Smith_
**KEVIN P. SMITH, ESQ.**
500 Office Center Drive, Suite 301
Fort Washington, Pennsylvania 19034
Attorneys for Plaintiff

**CASTRONOVA LAW OFFICES, PC**          **LINCOLN, GUSTAFSON & CERCOS, LLP**

_/s/ Stephen G. Castronova_               _/s/ James M. Barrington_
**STEPHEN G. CASTRONOVA, ESQ.**           **THOMAS J. LINCOLN, ESQ.**
Nevada Bar No. 7305                       Nevada Bar No. 5699
605 Forest Street                         **JAMES M. BARRINGTON, ESQ.**
Reno, Nevada 89509                        Nevada Bar No. 9252
Attorneys for Defendant,                  3960 Howard Hughes Parkway,
RAY HEARING PRODUCTS, INC.                Suite 200
Dba RHP MECHANICAL SYSTEMS                Las Vegas, Nevada 89169
                                          Attorneys for Defendant,
                                          HUSSMANN CORPORATION

IT IS SO ORDERED.

V:\P-T\Pacificcheese_Krack\Atty Notes\Drafts\Pldgs\20180917_MOT_Joint Motion To Extend Time_Jmb.Docx

Dated: ___September 24, 2018___          _____
                                          U.S. District Judge

-3-

**Pacific CheeseCo., Inc. v. Advanced Coil Technology, et al.**
**U.S.D.C. No. 3:15-cv-00351-LRH-VPC**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LINCOLN, GUSTAFSON & CERCOS, LLP, and that on this 24th day of September, 2018, I did cause a true and correct copy of the foregoing **JOINT MOTION TO EXTEND TIME FOR FILING JOINT PRE-TRIAL ORDER** to be served via the CM/ECF filing system to all parties on the service list as follows:

Kevin P. Smith, Esq.
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
500 Office Center Dr., Suite 301
Fort Washington, PA 19034
Attorneys for Plaintiffs
smithk@stutmanlaw.com
caryt@stutmanlaw.com
LussierJ@stutmanlaw.com

Robert P. Mougin, Esq.
Merielle R. Enriquez, Esq.
KRING & CHUNG, LLP
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145-8870
Attorneys for Plaintiffs
rmougin@kringandchung.com
menriquez@kringandchung.com

David Zaniel, Esq.
RANALLI & ZANIEL, LLC
50 West Liberty Street, Suite 1050
Reno, NV 89501
Attorneys for Advanced Coil Technology, LLC and
Phoenix Holdings of Owatonna, Inc.
dzaniel@ranallilaw.com

Kadee J. Anderson, Esq.
STINSON LEONARD STREET, LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Attorneys for Advanced Coil Technology, LLC
And Phoenix Holdings of Owatonna, Inc.
kadee.anderson@stinson.com
jeannine.lee@stinson.com
Deborah.hartung@stinson.com
Stephen G. Castronova, Esq.
CASTRONOVA LAW OFFICES, P.C.
605 Forest Street
Reno, NV 89509
Attorneys for Ray Heating products, Inc.,
dba RHP Mechanical Systems

SGC@CastronovaLaw.com
Theresa@CastronovaLaw.com

Jack G. Angaran, Esq.
Alice K. Herbolsheimer, Esq.
GEORGESON ANGARAN, CHTD.
5450 Longley Lane
Reno, NV 89511
Attorneys for Briggs Electric Inc.
jack@renotahoelaw.com
Alice@renotahoelaw.com
fay@renotahoelaw.com

Rebecca A. Harrell, an employee
of the law offices of
Lincoln, Gustafson & Cercos

V:\P-T\PacificCheese_Krack\POS\20180924_Motion to Extend Time_rh.doc