1

2

3     UNITED STATES DISTRICT COURT

4     DISTRICT OF NEVADA

5     * * *

6     PACIFIC CHEESE CO., INC, *et al.*,          Case No. 3:15-cv-00351-MMD-CBC

7                          Plaintiff,              ORDER

8     v.

9     ADVANCED COIL TECHNOLOGY, LLC, *et
      al.*,
10
                           Defendants.
11

12          Defendant Hussman Corporation is the final Defendant to settle in this case

13   regarding the apportionment of responsibility for a fire in a cheese processing facility in

14   Reno, Nevada, which began inside a large piece of heating and cooling equipment, and

15   caused substantial damage. Before the Court is Hussman's motion for a determination of

16   good faith settlement under NRS § 17.245 with Plaintiff Travelers Property Casualty

17   Company of America as Subrogee of Pacific Cheese Co. Inc. and Lake Valley Properties,

18   LLC.[1] (ECF No. 372.) While Plaintiff disputes Hussman's characterization of the facts of

19   this case, Plaintiff does not oppose Hussman's motion, and indeed "agrees that the

20   settlement is made in good faith and for a reasonable amount." (ECF No. 375 at 8.) The

21   Court will grant Hussman's motion because the purpose of NRS § 17.245 is to "encourage

22   settlements[,]" *In Re MGM Grand Hotel Fire Litigation*, 570 F. Supp. 913, 926 (D. Nev.

23   1983), and because no party opposes Hussman's motion.

24   ///

25   _____

26          [1]The Court directed that Hussman provide the amount of its settlement with Plaintiff
     under seal. (ECF No. 373.) Hussman complied. (ECF No. 374.) Because Hussman
27   represents that the confidentiality of the settlement amount is a material element of the
     settlement (ECF No. 372 at 15-16), the Court directs that the document containing the
28   amount of Hussman's settlement with Plaintiff (ECF No. 374) remain sealed.

It is therefore ordered that Hussman's motion for determination of good faith settlement (ECF No. 372) is granted. The Court finds that Plaintiff and Hussman's settlement is made in good faith.

Plaintiff and Hussman are directed to file dismissal documents by April 22, 2019.

DATED THIS 17th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE