**THOMAS J. LINCOLN, ESQ**.
Nevada Bar No. 5699
**LOREN YOUNG, ESQ.**
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendant,
HUSSMANN CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation as Subrogee of PACIFIC CHEESE CO., INC. and LAKE VALLEY PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED COIL TECHNOLOGY, LLC a Minnesota limited liability company; PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation; HUSSMANN CORPORATION, a Missouri corporation, individually and as successor in interest to Krack Corporation; BRIGGS ELECTRIC, INC., a California Corporation; RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS, a Nevada Corporation,<br><br>Defendants.<br><hr>HUSSMANN CORPORATION, a Missouri corporation,<br><br>Cross-Claimant, | CASE NO: 3:15-cv-00351-LRH-VPC<br><br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

| | |
|---|---|
| 1 | v. |
| 2 | |
| 3 | ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company; PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation; BRIGGS ELECTRIC, INC., a California Corporation; RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS, a Nevada Corporation, and ZOES 1-20, inclusive, |
| 4 | |
| 5 | |
| 6 | |
| 7 | Cross-Defendants. |
| 8 | _____ |
| 9 | BRIGGS ELECTRIC, INC., |
| 10 | Cross-Claimant, |
| 11 | v. |
| 12 | |
| 13 | ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company; PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation; HUSSMAN CORPORATION, a Missouri corporation, individually and as successor in interest to Krack Corporation; and RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS, a Nevada Corporation, |
| 14 | |
| 15 | |
| 16 | |
| 17 | Cross-Defendants. |
| 18 | _____ |
| 19 | RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS, |
| 20 | |
| 21 | Cross-Claimant, |
| 22 | v. |
| 23 | ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company; PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation; HUSSMAN CORPORATION, a Missouri corporation, individually and as successor in interest to Krack Corporation; BRIGGS ELECTRIC, INC., a California Corporation, |
| 24 | |
| 25 | |
| 26 | |
| 27 | Cross-Defendants. |
| 28 | _____ |

IT IS HEREBY STIPULATED by and between the Parties, Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AS SUBROGEE OF PACIFIC CHEESE CO., INC. and LAKE VALLEY PROPERTIES, LLC, by and through its attorneys of record, KEVIN P. SMITH, ESQ. of the law firm LAW OFFICES OF ROBERT A. STUTMAN, P.C. and ROBERT P. MOUGIN, ESQ. of the law firm KRING & CHUNG, LLP, and Defendant, HUSSMANN CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff's Complaint, Amended Complaint, Second Amended Complaint, Third Amended Complaint, and Fourth Amended Complaint are hereby dismissed pursuant to FRCP 41(a)(2), with prejudice, with each party to bear their own attorney's fees and costs.

Additionally, pursuant to FRCP 41(a)(2), the parties hereby agree and stipulate that the Court retains jurisdiction over the settlement contract for purposes of enforcement of a dismissal-producing settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 114 S. Ct. 1673, 1677, 511 U.S. 375, 381-382, 128 L. Ed. 2d 391, 398 (1994). The parties hereto agree, stipulate and are so ordered to comply with the terms of the settlement agreement reached in front of Mediator Floyd Hale as a condition of dismissal and further agree and stipulate that the Court retains jurisdiction over the dismissal and settlement for purposes of enforcement. *See Kokkonen*, 114 S. Ct. 1673, 1677 (1994).

| | |
|---|---|
| DATED this 18th day of April, 2019. | DATED this 18th day of April, 2019. |
| STUTMAN LAW | LINCOLN, GUSTAFSON & CERCOS, LLP |
| /s/ Kevin P. Smith | /s/ Loren S. Young |
| KEVIN P. SMITH, ESQ.<br>Admitted *Pro Hac Vice*<br>500 Office Center Dr., Ste. 301<br>Fort Washington, PA 19034<br>Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AS SUBROGEE OF PACIFIC CHEESE CO., INC. and LAKE VALLEY PROPERTIES, LLC | LOREN S. YOUNG, ESQ.<br>Nevada Bar No. 7567<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Attorneys for Defendant,<br>HUSSMANN CORPORATION |

///

///

KRING & CHUNG, LLP

___/s/ Robert P. Mougin_____
ROBERT P. MOUGIN, ESQ.
Nevada Bar No. 7104
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Attorneys for Plaintiff

# ORDER

IT IS SO ORDERED that Plaintiff's Complaint, Amended Complaint, Second Amended Complaint, Third Amended Complaint, and Fourth Amended Complaint are hereby dismissed pursuant to FRCP 41(a)(2), with prejudice, with each party to bear their own attorney's fees and costs.

Additionally, pursuant to FRCP 41(a)(2), the Court retains jurisdiction over the settlement contract for purposes of enforcement of a dismissal-producing settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 114 S. Ct. 1673, 1677, 511 U.S. 375, 381-382, 128 L. Ed. 2d 391, 398 (1994).

DATED this 22nd day of April, 2019.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

**LINCOLN, GUSTAFSON & CERCOS LLP**

___/s/ Loren S. Young_____
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Attorneys for Defendant,
HUSSMANN CORPORATION

v:\p-t\pacificcheese_krack\atty notes\drafts\pldgs\20190408_sodw_bjp.docx