CASTRONOVA LAW OFFICES, PC
Stephen G. Castronova, Esq. [SBN 7305]
605 Forest Street
Reno, NV 89509
(775) 323-2646 | Fax: (775) 323-3181
sgc@castronovalaw.com
Attorneys for RAY HEATING PRODUCTS, INC.
*dba* RHP MECHANICAL SYSTEMS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation as Subrogee of PACIFIC CHEESE CO. INC., and LAKE VALLEY PROPERTIES LLC,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>ADVANCED COIL TECHNOLOGY, LLC, a Minnesota limited liability company, PHOENIX HOLDINGS OF OWATONNA, INC., a Minnesota corporation, HUSSMAN CORPORATION, a Missouri corporation, individually and as successor in interest to Krack Corporation; BRIGGS ELECTRIC, INC., a California corporation; RAY HEATING PRODUCTS, INC. dba RHP MECHANICAL SYSTEMS, a Nevada corporation.<br>　　　　　　Defendants. | CASE NO.　　3:15-cv-00351-MMD-CBC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation as Subrogee of PACIFIC CHEESE CO. INC., and LAKE VALLEY PROPERTIES LLC, and counsel for Defendant, RAY HEATING PRODUCTS, INC., *dba* RHP MECHANICAL SYSTEMS, that the Plaintiff's Complaint against Defendant, RAY HEATING PRODUCTS,

INC., *dba* RHP MECHANICAL SYSTEMS, be dismissed with prejudice, the parties to bear their own attorney's fees and costs incurred.

Dated: April 22, 2019.				**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**


*Kevin Smith/s/*
Kevin P. Smith, Esq.
500 Office Center Drive, Ste. 301
Fort Washington, PA   19034
Telephone:   (215) 283-1177
Fax:   (215) 283-1188
Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, as
Subrogee of PACIFIC CHEESE CO. INC.
And LAKE VALLEY PROPERTIES LLC


Dated: April 22, 2019.				**CASTRONOVA LAW OFFICES, P.C.**


*Stephen G. Castronova /s/*
Stephen G. Castronova, Esq.   [SBN 7305]
Heather A. Robertson, Esq. [SBN 11699]
605 Forest Street
Reno, Nevada   89509
Telephone:   (775) 323-2646
Fax:   (775) 323-3181
Attorneys for Defendant
RAY HEATING PRODUCTS, INC. dba
RHP MECHANICAL SYSTEMS

## ORDER

Based on the Stipulation for Dismissal with Prejudice, executed by counsel for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as Subrogee of PACIFIC CHEESE CO. INC., and LAKE VALLEY PROPERTIES, LLC, and counsel for Defendant, RAY HEATING PRODUCTS, INC., *dba* RHP MECHANICAL SYSTEMS, it is hereby ordered that the Plaintiff's Complaint against Defendant, RAY HEATING PRODUCTS, INC. *dba* RHP MECHANICALT SYSTEMS, is hereby dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

Dated: April 22, 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE